MICHAEL MULLIGAN, Appellant, *v.* JOHN D. CRIMMINS, Respondent.

*Mulligan* v. *Crimmins*, 75 Hun, 578, affirmed.
(Argued April 27, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 12, 1894, which overruled

plaintiff's exceptions ordered to be heard in the first instance at General Term and directed judgment for defendant dismissing the complaint upon the merits.

*Henry A. Monfort* for appellant.

*Thomas S. Moore* and *Charles C. Nadal* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.